RECEIVED

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY     2:07cv245-ID

| United States District Court | District |
|---|---|

| Name (under which you were convicted): Tommy Boldin | Docket or Case No.: CC-86-79 |
|---|---|
| Place of Confinement: | Prisoner No.: 142961 |

| Petitioner (include the name under which you were convicted) Tommy Boldin | v. | Respondent (authorized person having custody of petitioner) Gwendolyn Mosley |
|---|---|---|
| The Attorney General of the State of | | Alabama |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Circuit Court of Montgomery Alabama

   (b) Criminal docket or case number (if you know): CC-86-79

2. (a) Date of the judgment of conviction (if you know): September-10-1986

   (b) Date of sentencing: October 15 1986

3. Length of sentence: Thirty (30) Years

4. In this case, were you convicted on more than one count or of more than one crime?  Yes ☐  No ☒

5. Identify all crimes of which you were convicted and sentenced in this case: Attempted Murder

6. (a) What was your plea? (Check one)

   (1) Not guilty ☒        (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐            (4) Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    Jury ☒        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    Yes ☐    No ☒ — NO

8. Did you appeal from the judgment of conviction?

    Yes ☒    No ☐

9. If you did appeal, answer the following: — YES

(a) Name of court: COURT OF CRIMINAL APPEALS

(b) Docket or case number (if you know): N/A

(c) Result: DISMISS   N/A

(d) Date of result (if you know): N/A

(e) Citation to the case (if you know): N/A

(f) Grounds raised: _____

    N/A

_____

_____

_____

(g) Did you seek further review by a higher state court? Yes ☒ No ☐ — YES

If yes, answer the following:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Result: N/A

    N/A

(4) Date of result (if you know): N/A

(5) Citation to the case (if you know): N/A

(6) Grounds raised: N/A

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☒   No ☐

If yes, answer the following:

(1) Docket or case number (if you know): _N/A_

(2) Result: _Dismiss_

(3) Date of result (if you know): _N/A_

(4) Citation to the case (if you know): _N/A_

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☒   No ☐   _Yes_

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL, MONTGOMERY_

    (2) Docket or case number (if you know): _CC-86-79_

    (3) Date of filing (if you know): _N/A_

    (4) Nature of the proceeding: _RULE 32 MOTION PETITION_

    (5) Grounds raised: _N/A_

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
        Yes ☐   No ☒

    (7) Result: _____

    (8) Date of result (if you know): _____

    (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ☐ No ☒

    (7) Result: _____

    (8) Date of result (if you know): _____ N/A _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ☐ No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:      Yes ☒ No ☐

    (2) Second petition:  Yes ☐ No ☐

    (3) Third petition:   Yes ☐ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____
_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** New Discovered Evidence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): A "Factual Predicate" that could not have been discovered previously though the exercise of due diligence", And that Petitioner Has Proof to viewed in the Light of Evidence As A Whole, would be sufficient to establish by Clear And Convincing Evidence that, but for Constitutional Error, No Reasonable Factfinder would have found the Petitioner guilty of the Underlying offense, The Petitioner Has documents to Prove That The Arresting officers Committed Criminal Solicitation And Perjury

(b) If you did not exhaust your state remedies on Ground One, explain why: At That Time The New Discovered Evidence Was Not Discovered.

(c) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐ No ☒
   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: Was Not Discovered Til Now

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
      Yes ☐ No ☒
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____

Page 7

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐  No ☒

(4) Did you appeal from the denial of your motion or petition?

    Yes ☒  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☒

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ~~[scribbled out]~~ _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: WAS NOT DISCOVERED AT THAT TIME

_____

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

GROUND TWO: INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): TRIAL COUNSEL PERFORMANCE WAS BELOW PREVAILING PROFESSIONAL NORMS TO SUCH EXTENT THAT THE PETITIONER WERE DENIED SIXTH AMENDMENT RIGHT TO ASSISTANCE OF COUNSEL. TRIAL COUNSEL FAILED TO MEET THE DUE PROCESS REQUIREMENT OF EFFECTIVE REPRESENTATION BY COUNSEL BY FAILING TO GIVE PETITIONER HIS COMPLETE LOYALTY, AND FAILING TO SERVED PETITIONER CAUSE IN GOOD FAITH AND TO THE BEST OF HIS ABILITY, HE CAUSED PETITIONER TO BE SENTENCE TO 30 YEARS.

Page 8

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Two:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐  No ☒

  (2) If you did not raise this issue in your direct appeal, explain why: ___N/A___

_____

(d) **Post-Conviction Proceedings:**

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   Yes ☐  No ☒

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion or petition?

   Yes ☐  No ☒

  (4) Did you appeal from the denial of your motion or petition?

   Yes ☐  No ☒

  (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐  No ☒

  (6) If your answer to Question (d)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

**GROUND THREE:** Denied Appellate Counsel this New Discovered

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Trial Counsel And Tril Court did Not Advised Petitioner of His Rights to Appeal And His Right to Appellate Counsel, And Record Revealed that Petitioner was Not Advised by The Court or From Any Source that He Has such Rights guarantee to Him by Sixth And Fourteen Amendment, Petitioner Under Principled That Convicted Indigents Have A Constitutional Right To Representation ~~(b) If you did not exhaust your state remedies on Ground Three, explain why:~~ On Appeal, And Petitioner is Entitled To Federal Habeas Corpus Subject To State's Retry Petitioner or granting Him An out-of-Time Appeal.

(c) **Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐  No ☒
  (2) If you did not raise this issue in your direct appeal, explain why: Ineffective Assistance of Prison Counsel That Why

(d) **Post-Conviction Proceedings:**
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
      Yes ☐  No ☒
  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: **INEFFECTIVE ASSISTANCE OF COUNSEL - PRISON COUNSEL**

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:** **INSUFFICIENT EVIDENCE FOR A CONVICTION OF ATTEMPTED MURDER**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): **THERE WAS NO SERIOUS PHYSICAL INJURY TO THE VICTIM - FOR THE INDICTMENT TO CALL FOR INTENT ATTEMPTED MURDER OR ATTEMPT TO CAUSE "SERIOUS PHYSICAL INJURY, WAS UNNECESSARY ERRONEOUS INFORMATION WHICH COULD NEVER BE PROVEN, THIS WAS A TRICK TO FOOL THE JURY TO LOOK FOR ANY TYPE INJURY TO SUSTAIN A VERDICT OF GUILTY**

_Officers Commited Perjury in The First degree - And Criminal Solicitation, Obstruction of Justice For A Conviction to be Had_

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐ No ☒

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _Denied of Appellant Counsel_

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☐ No ☒

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion or petition?

        Yes ☐ No ☒

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☐ No ☒

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐ No ☒

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _COUNSEL_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ☒  No ☐

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☒  No ☐

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. ____N/A____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☐   No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

    _____

    _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: __J. ELdRidge HoLt__

    (b) At arraignment and plea: __Jr ELdRitge HoLt__

    (c) At trial: __J. ELdRidge HoLt__

    (d) At sentencing: __Jr ELdRidge HoLt__

    (e) On appeal: __NONE__

    (f) In any post-conviction proceeding: __NONE__

    (g) On appeal from any ruling against you in a post-conviction proceeding: __NONE__

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☒

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

DENIED ASSIS OF COUNSEL FROM DAY ONE

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Page 15

Therefore, petitioner asks that the Court grant the following relief: **THE CONVICTION IS NULL AND VOID AND did NOT SUPPORT APPEAL, PETITIONER PRAYS THIS COURT REVERSED AND RENDERED JUDGMENT OF ATTEMPTED MURDER** or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **3-16th 07**

**MAR 16th 2007** (month, date, year).

Executed (signed) on **3-16th 07** (date).

_Sommy J Boldin_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

* * * * *

Tommy Boldin - #148961
Easterling C.F.   D2-16A
200 Wallace Dr.
Clio, Alabama
36017-2615

Clerk. U.S. District
Court for the Middle District of ALA.
P.O. Box 711
Montgomery, Alabama
36101