IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY J. BOLDIN., #142 961, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-245-ID |
| ) | [WO] |
| ) | |
| GWENDOLYN MOSLEY, WARDEN, ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 29, 2007 (Doc. #3), and upon an independent review of the file in this case, it is CONSIDERED and ORDERED that said Recommendation is hereby adopted and that the 28 U.S.C. § 2254 petition for habeas corpus relief filed by Tommy J. Boldin on March 20, 2007, be and the same is hereby DISMISSED as this court is without jurisdiction to review the instant petition.

DONE this 13th day of April, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE